*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Israel J. MARMOLEJO, JR.**
Aviation Boatswain's Mate (Handling) Petty Officer Second
Class (E-5), U.S. Navy
*Appellant*

**No. 202400026**

_____

Decided: 30 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Justin T. Henderson (Arraignment)
Andrea K. Lockhart (Motions)
Stephen C. Reyes (Motions)
Michael F. Whitican (Guilty Plea)

Sentence adjudged 24 October 2023 by a general court-martial tried at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eleven years, and a dishonorable discharge.[1]

---

[1] The convening authority suspended confinement in excess of ten years pursuant to the pretrial agreement. Additionally, and pursuant to the pretrial agreement, the convening authority approved only a bad-conduct discharge.

Opinion of the Court

For Appellant:
*Captain Colin P. Norton, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.